# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ADRIAN ALONZO BAKER,**

    **Petitioner,**

v.                                  **CASE NO. 4:12-cv-360-RS-GRJ**

**CHRISTOPHER D. MASSEY, et al.,**

    **Respondent.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 44). No objections have been filed.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    Plaintiff's claims against all Defendants in their official capacities are **DISMISSED with prejudice**.

    3.    Plaintiff's claims against Defendant Givens are **DISMISSED with prejudice**.

    4.    Defendants Massey and Smith shall respond to the Second Amended Complaint (Doc. 17) not later than August 23, 2013.

**ORDERED** on August 9, 2013.

                                       <u>/S/ Richard Smoak</u>
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**