IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIAN ALONZO BAKER,

    Plaintiff,

v.                                          CASE NO. 4:12-cv-360-RS-GRJ

CHRISTOHER D. MASSEY, et al.,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 76) and the Plaintiff's Objections to the Court's Proposed Recommendation (Doc. 77). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.
2. The Defendants' Motion for Summary Judgment (Doc. 64) is **GRANTED**.
3. The Clerk is directed to close the file.

**ORDERED** on August 7, 2014.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**